O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 06-824 CAS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT REVOKING AND |
| LEAH CARDENAS, | ) | REINSTATING SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

On September 11, 2009, September 29, 2009 and October 28, 2009, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 20, 2009. Government counsel, Monica Mange, the defendant and her appointed attorney, Liliana Coronado, DFPD, were present. The U.S. Probation Officer, Sharon LeSure, was present.

On September 11, 2009, the defendant admitted violation of her supervised release, as stated in allegations 1, 2, and 4 of the Petition filed on May 20, 2009. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on November 5, 2001 and March 17, 2008.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that supervised release is hereby revoked and reinstated. The defendant shall be placed on supervised release for additional ninety (90) days under the same terms and conditions as

previously imposed. Supervised release shall be terminated at the end of ninety (90) additional days, if there are no issues related to defendant's supervised release.

     IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: October 29, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: _____/S/_____
    Karen Park, Deputy Clerk

2